894

No. 249, Misc. WEST v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Motion for leave to file petition for writ of mandamus also denied.

No. 181, Misc. SMITH v. BANNAN, WARDEN. Motion for leave to file petition for writ of habeas corpus and petition for writ of certiorari denied.

No. 203, Misc. BROWN v. UNITED STATES. Motion for leave to file petition for writ of mandamus denied.

No. 276, Misc. UNITED STATES EX REL. FITZGERALD v. RYAN, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied. Petitioner pro se. Solicitor General Sobeloff for the United States, and Arthur H. Dean for Ryan et al., respondents.

No. 241, Misc. FURMANSKI v. BANNAN, WARDEN; and No. 244, Misc. BAERCHUS v. DAY, WARDEN. Motions for leave to file petitions for writs of certiorari denied.

No. 402. WALTON v. CALIFORNIA. Superior Court of California, Appellate Department, County of Santa Clara. Certiorari granted. Jay Darwin for petitioner. Edmund G. Brown, Attorney General of California, Clarence A. Linn, Assistant Attorney General, and Arlo E. Smith, Deputy Attorney General, for respondent.